JMC/2008R01036

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 08-637 (JBS) |
| v. | : | 18 U.S.C. § 922(g)(1) |
| ADRIAN TAYLOR | : | I N D I C T M E N T |

The Grand Jury in and for the District of New Jersey, sitting at Camden, charges:

On or about February 20, 2008, in Camden County, in the District of New Jersey, and elsewhere, defendant

ADRIAN TAYLOR,

having been convicted of a crime punishable by imprisonment for a term exceeding one year in a court in the state of New Jersey, did knowingly possess in and affecting commerce ammunition and a firearm, namely one loaded Lorcin .380 handgun, model number L380, bearing serial number 528194.

In violation of Title 18, United States Code, Section 922(g)(1) and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATIONS

1.  The allegations contained on Page 1 of this Indictment are incorporated by reference as though set forth in full herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2.  Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1) set forth on Page 1 of this Indictment, the defendant,

ADRIAN TAYLOR,

shall forfeit to the United States any firearms and ammunition involved in or used in the commission of that offense, including the following:

> one loaded Lorcin .380 handgun, model number L380, bearing serial number 528194 and ammunition including six (6) PMC .380 hollow point bullets and two (2) R-P .380 "full metal jacket" bullets.

All pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
CHRISTOPHER J. CHRISTIE
United States Attorney

CASE NUMBER: 2008R01036

## United States District Court
## District of New Jersey

UNITED STATES OF AMERICA

v.

ADRIAN TAYLOR

### SUPERSEDING INDICTMENT FOR

18 United States Code, Section 922(g)(1)

A True Bill,

CHRISTOPHER J. CHRISTIE
*U.S. ATTORNEY*
*NEWARK, NEW JERSEY*

JACQUELINE M. CARLE
*ASSISTANT U.S. ATTORNEY*
856-757-5026