442 (Rev. 3/17) Warrant for Arrest

United States District Court
District of New Jersey

UNITED STATES OF AMERICA

v.

ADRIAN TAYLOR

WARRANT FOR ARREST

Case Number: 08 cr 637 (JBS)

To: The Bureau of Alcohol, Tobacco, Firearms & Explosives and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest ___ADRIAN TAYLOR___ and bring him or her forthwith to the nearest magistrate to answer a(n)

**X** Indictment  ___ Information  ___ Complaint  ___ Order of court  ___ Violation Notice  ___ Probation Violation Petition

charging him with (brief description of offense)

did knowingly possess in and affecting commerce ammunition and a firearm, namely one loaded Lorcin .380 handgun, model number L380, bearing serial number 528194.

in violation of Title 18, United States Code, Section 922(g)(1) and Title 18, United States Code, Section 2.

Hon. Ann Marie Donio
Name of Issuing Officer

Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

September 9, 2008   Camden, New Jersey
Date and Location

Bail fixed at $ _____ by _____

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at
_____

| Date Received 9-20-09. Date of Arrest 1-20-09. | Name and Title of Arresting Officer<br>H. Robert Hayes #1077/10709<br>USMS RFTF Camden | Signature of Arresting Officer<br>H. R. V. Hayes #1077 |
|---|---|---|